10-10-07   07-1933 PLF

"Motion to Appoint Counsel"

I, Apryl N. Featherston am requesting Counsel Representation for my Hearing, I'm not currently working and have no income so I'm asking for the Courts to appoint Counsel

Thank you

M.s. Apryl N. Featherston

**RECEIVED**

NOV - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT