UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
APRYL N. FEATHERSTONE            )
                                 )
    Plaintiff,                   )
                                 )
v.                               ) Civil Action No. 07-1933-PLF
                                 )
D. C. SUPERIOR COURT             )
                                 )
    Defendant.                   )
_____)

MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant, District of Columbia Superior Court ("Defendant"), through undersigned counsel, respectfully moves this Honorable Court for an enlargement of time within which to serve an answer or otherwise respond to the Complaint, stating:

1. Plaintiff's claim was filed on October 25, 2007. Defendant was served with the complaint on March 10, 2008. The responsive pleading is due March 31, 2008.

2. Because of obligations in other cases, below-signed counsel has not had the opportunity to research and prepare a motion to dismiss this matter within the 20 day period allowed for the Defendant to respond to the complaint.

3. It is believed that given counsel's litigation obligations in other cases a dispositive motion can be filed by April 18, 2008.

4. Plaintiff will not be prejudiced by the court's granting this enlargement.

In support of this motion, defendant respectfully refers the Court to the accompanying Memorandum of Points and Authorities.

       Respectfully submitted,

       PETER J. NICKELS
       Interim Attorney General for the District of Columbia

       GEORGE C. VALENTINE
       Deputy Attorney General, Civil Litigation Division

       /S/  Kimberly M. Johnson
       KIMBERLY M. JOHNSON [435163]
       Chief, Civil Litigation Sec. I

       /S/  Darrell Chambers
       DARRELL CHAMBERS[1]
       Assistant Attorney General
       441 4TH Street, NW, Suite 600 South
       Washington, D.C.  20001
       202-724-6539
       e-mail: darrell.chambers@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 28th day of MARCH, 2008, a copy of Defendant's Motion For Enlargement of Time to Respond to Complaint was served by first class postage prepaid U.S. mail on:

Apryl N. Featherstone, Pro Se
7803 Oxman Road
Hyattsville, MD 20785

       /S/  Darrell Chambers
       DARRELL CHAMBERS

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Darrell Chambers has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
APRYL N. FEATHERSTONE                       )
                                            )
      Plaintiff,                            )
                                            )
v.                                          ) Civil Action No.  07-1933-PLF
                                            )
D. C. SUPERIOR COURT                        )
                                            )
      Defendant.                            )
_____)

## MEMORANDUM OF POINTS AND AUTHORITIES

1.   Fed. R. Civ. P. 6(b)(1).

3.   All the reasons set forth in the accompanying motion.

4.   The inherent authority of this Honorable Court.


                         Respectfully submitted,

                         PETER J. NICKELS
                         Interim Attorney General for the District of Columbia

                         GEORGE C. VALENTINE
                         Deputy Attorney General, Civil Litigation Division

                         /S/  Kimberly M. Johnson
                         KIMBERLY M. JOHNSON [435163]
                         Chief, Civil Litigation Sec. I

                         /S/   Darrell Chambers
                         DARRELL CHAMBERS
                         Assistant Attorney General
                         441 4TH Street, NW, Suite 600 South
                         Washington, D.C.  20001
                         202-724-6539
                         e-mail: darrell.chambers@dc.gov
                         Attorney for Defendants

## CERTIFICATE PURSUANT TO LOCAL RULE LCvR7(m)

I hereby certify that I was unable to contact Plaintiff, Apryl Featherstone, as she failed to include her contact telephone number on any of her pleadings filed in this matter. Since Plaintiff has not consented the court should consider this motion contested.

\s\ Darrell Chambers
DARRELL CHAMBERS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of MARCH, 2008, copies of the foregoing Motion for Enlargement of Time to Respond to the Complaint, Memorandum of Points and Authorities, and Proposed Order were mailed first class, postage prepaid to:

Apryl N. Featherstone, Pro Se
7803 Oxman Road
Hyattsville, MD 20785

/S/   Darrell Chambers
DARRELL CHAMBERS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
APRYL N. FEATHERSTONE                       )
                                            )
    Plaintiff,                              )
                                            )
v.                                          ) Civil Action No.  07-1933-PLF
                                            )
D. C. SUPERIOR COURT                        )
                                            )
    Defendant.                              )
_____)

## **ORDER**

UPON CONSIDERATION of the Defendant's Motion, and any opposition thereto, it is this _____ day of _____ 2008, by the United States District Court for the District of Columbia, ORDERED and ADJUDGED:

    1.    That the Motion is hereby GRANTED; and

    2.    That the Defendant shall file a responsive pleading no later than Friday April 18, 2008.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

APRYL N. FEATHERSTONE )
)
   Plaintiff, )
)
v. ) Civil Action No.  07-1933-PLF
)
D. C. SUPERIOR COURT )
)
   Defendant. )
_____)

**<u>ORDER</u>**

UPON CONSIDERATION of the Defendant's Motion, and any opposition thereto, it is this _____ day of _____ 2008, by the United States District Court for the District of Columbia, ORDERED and ADJUDGED:

    1.    That the Motion is hereby GRANTED; and

    2.    That the Defendant shall file a responsive pleading no later than Friday April 18, 2008.

_____
UNITED STATES DISTRICT JUDGE