FILED 05/02/**RECEIVED**

**MAY - 2 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>OPPOSING DEFENDANT'S MOTION TO DISMISS</u>

Civil Action No. 07-1933-PLF

Apryl N. Featherston
7803 Oxman Road
Hyattsville, MD 20785
Tel. (301) 322-8284

    Plaintiff
       vs.
DC Superior Court
500 Indiana Avenue NW.
Washington, DC 20001

    Defendants

1. Anne B. Wicks, Executive Officer
2. Fred Howorwitz, Director, Human Resources Division
3. Duane B. Delaney, Esq. Clerk of Court
4. Deborah Taylor-Godwin, Esq., Director, Civil Division
5. Jon Peterson, Deputy Director, Civil Division
6. Zabrina Dempson, Branch Chief, Small Claims Division
7. Barbara Cain, Team leader, Civil Actions Branch
8. Lori Gunn, Supervisor, Civil Actions Branch
9. Ave Broadus, Human Resources
10. Evelyn H. Stephens, Benefits Officer, Human Resources Division

I, Apryl N. Featherston was employed with DC Superior Court for 17 years. During the period April 2004 until December 2006, I was continually harassed, intimidated and retaliated by former supervisors Oliver Corbin, Arthur Broadus and Edgar Garay (Mr. Garay forged my name on performance evaluation documents) because of my disability but under the guise of my work performance. In December 2006, Zabrina Dempson became my supervisor and the harassment, intimidation and retaliation began anew from December 2006 and my subsequent firing of August 2006. During this time period, she nor my team leader Barbara Cain sat with me and discussed my work performance or performance evaluation. I will prove to a jury that on numerous dates I attempted to talk with Barbara Cain regarding my performance evaluation. I will also adamantly prove to a jury false allegations of Ms. Dempson and Ms. Cain that I received adequate training and made mistakes in regards to a receipt, processing documents, poor customer service, failing to correctly docket court dates, and failing to process statements of claims. I will also prove false the written allegations (given to me the day of firing and I was given nothing prior regarding this) by Zabrina Dempson, Barbara Cain and Lori Gunn that they had me on camera (which was never shown to me) stealing twenty dollars from the cash drawer.

I suffer from carpal tunnel syndrome. I previously informed the Agency of my condition and requested accommodations for it. A recent medical report is attached confirming my condition. My condition substantially limited my fine motor skills which resulted in performing work more slowly than a non-disabled person. Their criticism that my work was slow did not take into account that I am a disabled person who needed accommodations. I will prove to the court they singled me out and subjected to

Civil Action No. 071933-PLF
-2-

criticism because of my disability.

It is my position that the decision to terminate my employment was not legally justified as effected in substantial compliance with DC Personnel policies, District of Columbia Courts, Comprehensive Personnel Policies, The Joint Committee on Judicial Administration (Revised August 2004), Policy nos. 907, 908, and 909 and under Americans with Disabilities Act of 1990 - Title VII.

Therefore, I am seeking relief of two million dollars in compensatory and punitive damages in regard to the aforementioned laws and respectfully asking the court and jury to hear my testimony and take into account the retaliation, harassment, embarrassment, intimidation and unlawful firing I suffered. I am also asking that my "firing" on all paperwork is deleted and my job restored. I have had a long and productive 17 year career with the courts and was totally embarrassed and led to feel like a common criminal (walked out the front door in the middle of the workday) by the way this issue was handled. This is a tragedy and a sad testament on which to end a career and surely cannot be dismissed in such a trivial manner after giving 17 years of service.

Please see attachments

Apryl N. Featherston

1100 MERCANTILE LANE, STE. 135
LARGO, MD 20774
(301) 322-4848
FAX (301) 322-3968

ROGER L. RAIFORD, M.D.
PATRICK A. NOEL, M.D.
ORTHOPEDIC SURGEONS

OFFICE HOURS
BY APPOINTMENT

7251 HANOVER PARKWAY, SUITE B
GREENBELT, MD 20770
(301) 345-0877
FAX (301) 345-1799

RE:   Featherston, Apryl

DATE: 4/27/04

HISTORY: This patient complained of pain and numbness in both upper extremities. The left side is more painful than the right, and she has been unable to work since March of this year because of discomfort. She denies any other abnormalities such as thyroid problems. She stated that she has a history of carpal tunnel syndrome starting around 1998. She does a lot of typing and computer work, and following the use of a splint, she improved. She stated that the carpal tunnel syndrome was proved by an EMG. She is right-handed.

EXAMINATION: Upper extremities: There is a positive Tinel's sign and Phalen's test bilaterally with diminished sensation in the median nerve distribution. The left side is more symptomatic than the right.

IMPRESSION: Bilateral carpal tunnel syndrome.

TREATMENT: A repeat EMG was ordered, and she will be seen again when the EMG is available.

Copy: Angelina Mbauya, M.D.

Yours Truly,

Roger L. Raiford, M.D.
Orthopedic Surgeon

Dictated Not Read




**DISTRICT OF COLUMBIA COURTS**
Human Resources Division
515 Fifth Street, NW
Washington, D.C. 20001-2131

ANNE WICKS
Executive Officer

FRED HOROWITZ
Director, Human Resources

December 14, 2004

Apryl N. Featherston
7803 Oxman Road
Hyattsville, MD 20785

Dear Ms. Featherston:

This office has been informed that the DC Courts' Civil Division, Small Claims Branch can no longer accommodate the medical restrictions recommended by Dr. Roger Raiford, effective close of business December 24, 2004.

As a result of your medical restrictions, prior to December 24, 2004, you must make a decision to use your leave or be placed on Leave Without Pay Workers' Compensation. If you are not able to work, at full capacity, you must file a claim under the Federal Workers' Compensation Program. Please advise your supervisor and Ms. Ave Broadie of your decision.

Enclosed for your convenience is a CA-7, Claim for Compensation form, CA-20, Attending Physician's Report. Please complete the employee's section of the CA-7; have your physician complete the CA-20. Upon receipt, the CA-7 and CA-20 will be sent to the Office of Workers' Compensation for processing.

Please contact this office with questions at 202-879-2825. Please return completed forms to Ms. Broadie, Human Resources Division, 515 5th Street, NW, #213, Washington, DC 20001.

Sincerely,

Evelyn H. Stephens
Benefits Officer
Human Resources Division

C:   Fred Horowitz
     Deborah Taylor-Godwin
     Wanda Starks
     Eleanor Shields

     Enclosures

OFFICE HOURS
BY APPOINTMENT

**ROGER L. RAIFORD, M.D.**
**PATRICK A. NOEL, M.D.**
ORTHOPEDIC SURGEONS

1100 MERCANTILE LANE, STE. 135
LARGO, MD 20774
(301) 322-4848
FAX (301) 322-3365

7251 HANOVER PARKWAY, SUITE B
GREENBELT, MD 20770
(301) 345-0377
FAX (301) 345-1799

RE:   Featherston, Apryl

DATE:   3/11/05

HISTORY:   This patient, who works for the District of Columbia District Court as a Deputy Clerk has been complaining of pain in both wrists, the left side more than the right starting in 1998. She stated that she has had trouble off and on until March 2004 when she was referred to this office for evaluation and treatment by Dr. Angelina Mbauya. She is right hand dominant, her work involves a lot of typing and computer work. She denies thyroid abnormalities, and she is not diabetic.

EXAMINATION:   Wrists: There is a positive Tinel's sign and Phalen's test bilaterally with diminished sensation in the median nerve distribution. Electrodiagnostic studies done on 5/18/04 and interpreted by Dr. Shoba Mathews shows carpal tunnel syndrome bilaterally with the right side slightly worse than the left.

IMPRESSION:   Bilateral carpal tunnel syndrome

TREATMENT:   Since she has used wrist splints, and has exhausted conservative treatments including perineural cortisone injections and occupational therapy, carpal tunnel releases have been recommended, and the surgery will proceed as soon as it can be arranged.

LIMITATIONS: She should avoid repetitive motion activities involving use of both wrists.

Yours Truly,


Roger L. Raiford, M.D.
Orthopedic Surgeon

Dictated Not Read

## ROGER L. RAIFORD, M.D.
## PATRICK A. NOEL, M.D.

### ORTHOPEDIC SURGEONS

1100 MERCANTILE LANE
SUITE 135
LARGO, MD 20774
PHONE (301) 322-4848
FAX (301) 322-3365

7251 HANOVER PARKWAY
SUITE B
GREENBELT, MD 20770
PHONE (301) 345-0377
FAX (301) 345-1799

### DISABILITY CERTIFICATE

DATE: 9-1-06

NAME: Apryl N. Featherston

SOCIAL SECURITY #: _____

EMPLOYER: _____

**RECEIVED SEP 7 2006 OFFICE OF THE DIRECTOR CIVIL DIVISION**

To Whom It May Concern:

This is to certify that the above patient was under my professional care from 02-01-06 to Present and continuing treatment for Bilateral Carpal Tunnel Syndrome.

Bed rest required until _____

To continue physical therapy _____

Off duty until _____

Start light duty on _____

Resume regular duty on _____

Recommendation procedure Release left Carpal Tunnel Syndrome was recommended followed by a release on the right. In the meantime, she will continue using wrist splints and surgery will proceed when it has been ~~Restriction~~ Authorized.

PATIENT TO RETURN FOR FOLLOW-UP OFFICE VISIT ON PRN

DR. _____

revised 11/99