UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| APRYL N. FEATHERSTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1933 (PLF) |
| DISTRICT OF COLUMBIA SUPERIOR COURT, | ) ) ) ) | |
| Defendant. | ) ) | |

ORDER

Plaintiff seeks the appointment of counsel to assist her in prosecuting this case. A plaintiff in a civil case does not have an absolute constitutional or statutory right to court-appointed counsel. *See Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). Where a *pro se* plaintiff is proceeding *in forma pauperis*, the judge presiding over the case may appoint an attorney from the Civil Pro Bono Panel to represent her. Local Civil Rule 83.11(b)(3). The decision to appoint counsel must take into account the nature and complexity of the action, the potential merit of the *pro se* party's claims, the demonstrated inability of the *pro se* party to retain counsel by other means, and the degree to which the interests of justice will be served by appointment of counsel. *Id.* Upon these considerations, it is hereby

ORDERED that plaintiff's motion for a court-appointed attorney is DENIED WITHOUT PREJUDICE.

/s/
PAUL L. FRIEDMAN
DATE: September 3, 2008          United States District Judge

-2-